# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| WILLIE ROY LOVE, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| | Case No.:   09-cv-238-bbc |
| v. | |
| RICK RAEMISCH, Secretary, Wisconsin Department of Corrects; and ALFONSO GRAHAM, Parole Chairman, Wisconsin Department of Corrections, | |
| Respondents. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DISMISSED without prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

4/24/09
_____
**Date**